1 | JACKSON LEWIS LLP
DAVID S. BRADSHAW, SBN 44888
2 | CARY G. PALMER, SBN 186601
801 K Street, Suite 2300
3 | Sacramento, CA  95814
Telephone:  (916) 341-0404
4 | Facsimile:  (916) 341-0141
E-mail:  bradshawd@jacksonlewis.com
5 | E-mail:  palmerc@jacksonlewis.com

6 | Attorneys for Defendant
MACY'S DEPARTMENT STORES, INC.
7 | (erroneously sued herein as Macy's West)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS UNION LOCAL 287,<br><br>   Plaintiff,<br><br>   v.<br><br>MACY'S WEST,<br><br>   Defendant. | Case No. C-06-6640 VRW<br><br>**DEFENDANT MACY'S DEPARTMENT STORES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:   The Honorable Vaughn R. Walker<br>Complaint Filed:  October 25, 2006<br>Trial Date:  None |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, Defendant MACY'S DEPARTMENT STORES, INC. (erroneously sued herein as Macy's West) hereby identifies the following parent corporations and publicly held corporations that own 10% or more of its stock:

    1.    Federated Retail Holdings, Inc. (parent company of Macy's Department Stores, Inc. and subsidiary of Federated Department Stores, Inc.)

    2.    Federated Department Stores, Inc. (parent company – publicly held)

Date:  November 28, 2006

JACKSON LEWIS LLP

By:   /s/  David S. Bradshaw
     DAVID S. BRADSHAW
     CARY G. PALMER

Attorneys for Defendant
MACY'S DEPARTMENT STORES, INC.
(erroneously sued herein as Macy's West)

H:\F\FDS\Macy's West (41305)\Teamsters Local 287\Pleadings\004 Corp Discl Stmt.doc