1  NEVIN & ABSALOM
   KENNETH C. ABSALOM, SBN 114607
2  22 Battery Street, Suite 333
   San Francisco, CA 94111
3  Telephone: (415) 392-5040
   Facsimile:  (415) 392-3729
4  E-mail: kenabsalom@333law.com

5  Attorney for Plaintiff
   TEAMSTERS UNION LOCAL 287
6

7  JACKSON LEWIS LLP
   DAVID S. BRADSHAW, SBN 44888
8  CARY G. PALMER, SBN 186601
   801 K Street, Suite 2300
9  Sacramento, CA 95814
   Telephone: (916) 341-0404
10 Facsimile:  (916) 341-0141
   E-mail: bradshawd@jacksonlewis.com
11 E-mail: palmerc@jacksonlewis.com

12 Attorneys for Defendant
   MACY'S DEPARTMENT STORES, INC.
13 (erroneously sued herein as Macy's West)

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 TEAMSTERS UNION LOCAL 287,          Case No. C-06-6640 VRW

19              Plaintiff,              **STIPULATION FOR AND [PROPOSED]
                                        ORDER OF DISMISSAL**
20      v.

21 MACY'S WEST,                         Judge:  The Honorable Vaughn R. Walker
                                        Complaint Filed: October 25, 2006
22              Defendant.              Trial Date: None

23

24      IT IS HEREBY STIPULATED by and between the parties to this action, through

25 their designated counsel, that the entire above-captioned action be and hereby is dismissed

26 / / /

27 / / /

28 / / /

1  without prejudice pursuant to Federal Rule of Civil Procedure 41(a).  All parties shall bear their
2  own attorneys' fees and costs.

3  Date: January 22, 2007                          NEVIN & ABSALOM

5                                                  By: /s/ Kenneth C. Absalom
                                                       KENNETH C. ABSALOM

7                                                  Attorneys for Plaintiff
                                                   TEAMSTERS UNION LOCAL 287

9  Date: January 16, 2007                         JACKSON LEWIS LLP

11                                                 By: /s/ David S. Bradshaw
                                                       DAVID S. BRADSHAW
12                                                     CARY G. PALMER

13                                                 Attorneys for Defendant
                                                   MACY'S DEPARTMENT STORES, INC.
14                                                 (erroneously sued herein as Macy's West)

16              PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

17  Date: January 31, 2007

19                                                 _____
                                                   VAUGHN R. WALKER
                                                   UNITED STATES DISTRICT JUDGE

**GRANTED**
Judge Vaughn R Walker

H:\F\FDS\Macy's West (41305)\Teamsters Local 287 (106947)\Pleadings\006 Stip & Order Dismissal.doc